IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BAKERY AND CONFECTIONERY UNION AND INDUSTRY INTERNATIONAL PENSION FUND and TRUSTEES OF THE BAKERY AND CONFECTIONERY UNION AND INDUSTRY INTERNATIONAL PENSION FUND, | ) ) ) ) ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | Civil Action No. 20-cv-6887 |
| RONALD PAVELKA d/b/a BRIDGEPORT BAKERY, BRIDGEPORT BAKERY 2.0 LLC, and TRIPLE STAR USA, LLC, | ) ) ) ) | Judge Harry D. Leinenweber |
| *Defendants*. | ) ) ) | |

**PLAINTIFFS' MOTION FOR ENTRY OF FINAL JUDGMENT
AGAINST DEFENDANT RONALD PAVELKA d/b/a BRIDGEPORT BAKERY
<u>PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b)</u>**

Pursuant to Federal Rule of Civil Procedure 54(b), Plaintiffs Bakery and Confectionery Union and Industry International Pension Fund and Trustees of the Bakery and Confectionery Union and Industry International Pension Fund hereby move for entry of final judgment against Defendant Ronald Pavelka d/b/a Bridgeport Bakery. Plaintiffs respectfully request that the Court enter the proposed judgment order submitted to the Court's chambers, for the reasons set forth in the accompanying memorandum of law.

Dated: August 17, 2021   Respectfully submitted,

/s/ Caitlin D. Kekacs
Caitlin D. Kekacs*
Joshua B. Shiffrin (N.D. Ill. Bar #501008)
BREDHOFF & KAISER, P.L.L.C.
805 15th Street, NW, Suite 1000
Washington, DC 20005
Tel: (202) 842-2600
Fax: (202) 842-1888
jshiffrin@bredhoff.com
ckekacs@bredhoff.com
* Admitted *pro hac vice*

/s/ Jeremy M. Barr
Jeremy M. Barr (ARDC #6299047)
DOWD, BLOCH, BENNETT, CERVONE,
AUERBACH & YOKICH
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603
Tel: (312) 372-1361
Fax: (312) 372-6599
jbarr@laboradvocates.com

*Counsel for Plaintiffs*